In the Matter of JOSEPH M. CARROLL, Appellant, against JACOB GRUMET et al., Constituting the Board of Trustees of the New York City Fire Department Pension Fund, Article I, Respondents.

Submitted April 6, 1953; decided April 16, 1953.

*Denis M. Hurley, Corporation Counsel (Pauline K. Berger, Seymour B. Quel* and *W. Bernard Richland* of counsel), for motion to dismiss appeal and in opposition to motion for leave to appeal.

*Paxton Blair* and *Edward M. Edenbaum* for motion for leave to appeal and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted upon the ground, among others, that no constitutional question was properly raised in the Appellate Division. (See, e.g., *Matter of O'Neill* v. *Board of Regents,* 298 N. Y. 777; see, also, Cohen and Karger, Powers of the New York Court of Appeals, pp. 251–252.) Motion for leave to appeal denied.